# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:24-CR-272-02 |
| RICHARD CLINK, | (MEHALCHICK, J.) |
| Defendant | |

## PLEA

**NOW,** this **9th** day of **October 2024,** the within named Defendant <u>Richard Clink</u>, having been arraigned in open Court, hereby pleads **NOT GUILTY** to within Indictment.

_____
DEFENDANT